IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Robert R. Serritella, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | No. 16-cv-5096 |
| -vs- | ) | |
| | ) | *(Judge St. Eve)* |
| Sheriff of Cook County and Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

## STIPULATION OF DISMISSAL

It is stipulated that this action may be dismissed with prejudice and without costs.

/s/ <u>Kenneth N. Flaxman</u>
    Kenneth N. Flaxman
    ARDC No. 08830399
    Joel A. Flaxman
    200 S Michigan Ave Ste 201
    Chicago, Illinois 60604
    (312) 427-3200
    *attorneys for plaintiff*

/s/ <u>James J. Chandler</u> (with consent)
    James J. Chandler
    500 Richard J. Daley Center
    Chicago, Illinois 60602
    *an attorney for defendants*